Angela L. Morgan, Esq. (CA State Bar No. 208585)
Morgan & Associates
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Email: almorgan@sbcglobal.net
Telephone: (510) 383-9794; Facsimile: (510) 383-9797

Attorneys for Plaintiff
JASON COLEMAN

Andrew H. Baker, Esq. (CA State Bar No. 104197)
Beeson, Tayer & Bodine
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Email: abaker@beesontayer.com
Telephone: (510) 625-9700, ext. 300; Facsimile: (510) 625-8275

Attorneys for Defendants
TEAMSTERS LOCAL 853 AND BOB STRELO

T.R. Sugano, Esq. (CA State Bar No. 54654)
Korshak, Kracoff, Kong & Sugano, LLP
2430 J Street
Sacramento, CA 95816
Email: trs@kkks.com
Telephone: (916) 441-6255; Facsimile: (916) 448-8435

Attorneys for Defendant
SOUTHERN WINE & SPIRITS OF CALIFORNIA,
a division of SOUTHERN WINE & SPIRITS OF
AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON COLEMAN, | Case No. 3:11-CV-00501-SC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING EARLY NEUTRAL EVALUATION HEARING** |
| SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., TEAMSTERS LOCAL 853 and BOB STRELO, | |
| Defendants. | Trial Date: None Set |

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective counsel of record that the deadline date to hold the Early Neutral Evaluation ("ENE") be continued from July 27, 2011 to allow the Court to hear and issue a ruling on the pending Motion to Dismiss. The hearing on the Motion to Dismiss was originally set for June 20, 2011 but was vacated by the Court and the motion submitted for a decision based on the pleadings. Until the motion is ruled on, it would be difficult for the parties to conduct a meaningful ENE as the motion is potentially dispositive as to one defendant and may impact the other defendant. Accordingly, good cause exists for continuing the ENE until after a decision is issued on the Motion to Dismiss.

The Court has already continued the Case Management Conference from July 8, 2011 to September 9, 2011.

SO STIPULATED.

Dated: June 30, 2011                     MORGAN & ASSOCIATES

                                         By: _____
                                         Angela L. Morgan
                                         Attorneys for Plaintiff

Dated: 6/30/11                           BEESON, TAYER & BODINE, APC

                                         By: _____
                                         Andrew H. Baker
                                         Attorneys for Defendants
                                         Teamsters Local 853 and Bob Strelo

Dated:                                   KORSHAK, KRACOFF, KONG & SUGANO LLP

                                         By: _____
                                         T.R. Sugano, Esq.
                                         Attorneys for Defendant
                                         Southern Wine & Spirits of California, Inc., a
                                         division of Southern Wine & Spirits of America, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

      IT IS SO ORDERED. The Court finds that good cause exists to continue the deadline date to conduct the Early Neutral Evaluation from July 27, 2011 until a decision is issued on the Motion to Dismiss. The new deadline date to conduct the ENE is ____9/1____, 2011.

DATED: __7/5__, 2011

_____
Senior District Judge Samuel Conti

*IT IS SO ORDERED*
*Judge Samuel Conti*