Angela L. Morgan, Esq. (State Bar No. 208585)
Email: almorgan@sbcglobal.net
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone: (510) 383-9794; Facsimile: (510) 383-9797

Attorneys for Plaintiff
JASON COLEMAN

Andrew H. Baker, Esq. (State Bar No. 104197)
Email: abaker@beesontayer.com
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 625-9700; Facsimile: (510) 625-8275

Attorneys for Defendants
TEAMSTERS LOCAL 853 and BOB STRELO

Clement J. Kong, Esq. (State Bar No. 69084)
Email: clement@kkks.com
T.R. Sugano, Esq. (State Bar No. 54654)
Email: trs@kkks.com
KORSHAK, KRACOFF, KONG & SUGANO LLP
2430 J Street
Sacramento, CA 95816
Telephone: (916) 441-6255; Facsimile: (916) 448-8435

Attorneys for Defendant
SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC.,
a division of SOUTHERN WINE & SPIRITS OF AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN WINE AND SPIRITS OF CALIFORNIA, INC., et al., <br><br> Defendants. | CASE NO. C11-00501 SC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING (1) INITIAL CASE MANAGEMENT CONFERENCE AND (2) EARLY NEUTRAL EVALUATION DEADLINE DATE |

1

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective counsel of record that (1) the Case Management Conference ("CMC") presently set for September 9, 2011 and (2) the deadline date to hold the Early Neutral Evaluation ("ENE") by September 1, 2011, be continued in light of this Court's August 2, 2011 order sustaining the Rule 12 Motion to Dismiss filed by Defendant Southern Wine & Spirits ("Southern").

On August 2, 2011, the Court ruled on Southern's Rule 12 Motion to Dismiss by dismissing four (4) causes of action with prejudice and granting 30-days' leave until September 2, 2011 for Plaintiff to amend his Complaint as to his remaining claims. Plaintiff's counsel intends to file an amended complaint and it is again anticipated that Defendant Southern will renew its objections to the remaining claims as they require an interpretation of the Collective Bargaining Agreement ("CBA") and thus are preempted. Until the amended complaint is filed and until the anticipated dismissal motion is resolved, it would be difficult for the parties to separate the issues to address before the court in a CMC or ENE Conference. The parties have also agreed to extend the time for filing initial disclosures in accordance with the new CMC date.

Good cause exists to continue the CMC and ENE on the following grounds. First, the parties' attorneys agree that they are unable to complete the meet and confer conference as the status of the pleadings is unclear in light of Plaintiff's yet-to-be filed amended Complaint and the anticipated Motion to Dismiss. In particular, the parties were unable to discern what pertinent factual and legal issues will be in dispute in this litigation as amended Complaint has yet to be filed, and the outcome of the anticipated Rule 12 motion may alter the number of the causes of action or the number of defendants in this case. Second, the parties were unable to develop a joint Discovery Plan as the claims may be impacted by the amended Complaint and the anticipated motion. As a result, the preparation of a Joint CMC Statement Discovery Plan would be premature until the amended Complaint is filed and until the final ruling on the anticipated Motion to Dismiss and the ENE would not likely be productive given the

1

uncertain status of Defendant Southern. Finally, the parties are not making this request for any improper purpose, including delay. Instead, the parties are making this request in order to promote judicial economy, including avoiding unnecessary CMC and ENE hearings in which the parties are unable to address the pertinent issues to develop a discovery plan and narrow the factual and legal issues for discovery and trial.

**SO STIPULATED.**

Dated: Aug 17, 2011

MORGAN & ASSOCIATES

_____
Angela L. Morgan
Attorneys for Plaintiff

Dated: 8/16/11

BEESON, TAYER & BODINE, APC

_____
Andrew H. Baker
Attorneys for Defendants
Teamsters Local 853 and Bob Strelo

Dated: 8/17/11

KORSHAK, KRACOFF, KONG & SUGANO LLP

_____
T.R. Sugano, Esq
Attorneys for Defendant
Southern Wine & Spirits of California, Inc., a division of Southern Wine & Spirits of America, Inc.

2

1  [PROPOSED ORDER]
2  The court finds that good cause exists to continue (1) the Case Management
3  Conference and (2) the deadline date to conduct the Early Neutral Evaluation hearing.
4  The Initial Case Management Conference is continued from September 8, 2011, to
5  __December 9__, 2011, at _10:00_ a.m. in Courtroom E, 15th Floor, San Francisco,
6  California. The Early Neutral Evaluation deadline date is continued from September 1,
7  2011 to __December 1__, 2011.
8  Dated: __8/22/11__

_____
U.S. District Judge Samuel Conti

IT IS SO ORDERED
[signature]
Judge Samuel Conti

3

STIPULATION AND [PROPOSED] ORDER CONTINUING (1) INITIAL CASE MANAGEMENT CONFERENCE
AND (2) EARLY NEUTRAL EVALUATION DEADLINE DATE