Angela L. Morgan, Bar No. 208585
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, California 94621
Telephone:    (510) 383-9794
Facsimile:    (510) 336-8259

Attorney for Plaintiff:
JASON COLEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON COLEMAN,<br>  PLAINTIFF,<br>v.<br>SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., TEAMSTERS LOCAL 853 AND BOB STRELO,<br>  DEFENDANTS. | CASE NO: 3:11-CV-00501-SC<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION AGAINST DEFENDANT SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC. |

1  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff JASON
2  COLEMAN and defendant SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., through
3  their respective counsels of record, that the above-captioned matter shall be dismissed with
4  prejudice in its entirety against the stipulating defendant, pursuant to Rule 41(a)(1)(A)(ii) of the
5  Federal Rules of Civil Procedure.
6  IT IS HEREBY SO AGREED.

7  Dated: October 31, 2011      MORGAN & ASSOCIATES

8                                By: _____
9                                   Angela L. Morgan
                                    Attorney for Plaintiff Jason Coleman

11 Dated: October 24, 2011      KORSHAK, KRACOFF, KONG & SUGANO

13                                By: _____
                                    TR Sugano
14                                  Attorney for Defendant Southern wine & Spirits
                                    of California, Inc.

16 IT IS HEREBY SO ORDERED.

17 Dated: OCTOBER 25, 2011

18                                Honorable _____ District Judge
                                  United States
19                                Northern District

IT IS SO ORDERED
Judge Samuel Conti

Stipulation and [Proposed] Order Re Dismissal of Action Against Defendant Southern Wine & Spirits
of California, Inc.

2