1  Angela L. Morgan, Bar No. 208585
   MORGAN & ASSOCIATES
2  7677 Oakport Street, Suite 1050
   Oakland, California 94621
3  Telephone:   (510) 383-9794
   Facsimile:    (510) 336-8259
4
   Attorney for Plaintiff:
5  JASON COLEMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON COLEMAN,<br>          PLAINTIFF,<br>v.<br><br>SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., TEAMSTERS LOCAL 853 AND BOB STRELO,<br><br>          DEFENDANTS. | CASE NO: 3:11-CV-00501-SC<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION AGAINST DEFENDANTS TEAMSTERS LOCAL 853 AND BOB STRELO |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff JASON COLEMAN and defendants TEAMSTERS LOCAL 853 AND BOB STRELO, through their respective counsels of record, that the above-captioned matter shall be dismissed with prejudice in its entirety against the stipulating defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS HEREBY SO AGREED.

Dated:  March 16, 2012                    MORGAN & ASSOCIATES

                                          By: _____/S/_____
                                              Angela L. Morgan
                                              Attorney for Plaintiff Jason Coleman

---

Stipulation and [Proposed] Order Re Dismissal of Action Against Defendants Teamsters Local 853 and Bob Strelo                                    1

1 | Dated: March 20, 2012                                BEESON, TAYER & BODINE, APC

By:_____/S/_____
　　Andrew H. Baker
　　Attorney for Defendants Teamsters Local 853
　　and Bob Strelo

　　　　IT IS HEREBY SO ORDERED.

Dated: MARCH 22, 2012                              _____
　　　　　　　　　　　　　　　　　　　　　　Honorable Samuel Conti, Senior District Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Northern District of California

Stipulation and [Proposed] Order Re Dismissal of Action Against Defendants Teamsters Local 853 and Bob Strelo      2