Angela L. Morgan, Bar No. 208585
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, California 94621
Telephone:    (510) 383-9794
Facsimile:    (510) 336-8259

Attorney for Plaintiff:
JASON COLEMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON COLEMAN,<br>        PLAINTIFF,<br>v.<br>SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., TEAMSTERS LOCAL 853 AND BOB STRELO,<br>        DEFENDANTS. | CASE NO: 3:11-CV-00501-SC<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION AGAINST DEFENDANTS TEAMSTERS LOCAL 853 AND BOB STRELO |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff JASON COLEMAN and defendants TEAMSTERS LOCAL 853 AND BOB STRELO, through their respective counsels of record, that the above-captioned matter shall be dismissed with prejudice in its entirety against the stipulating defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS HEREBY SO AGREED.

Dated:  March 16, 2012                    MORGAN & ASSOCIATES

                                          By:_____/S/_____
                                             Angela L. Morgan
                                             Attorney for Plaintiff Jason Coleman

---

Stipulation and [Proposed] Order Re Dismissal of Action Against Defendants Teamsters Local 853 and Bob Strelo                                                         1

Dated: March 20, 2012                BEESON, TAYER & BODINE, APC


                                     By: _____/S/_____
                                         Andrew H. Baker
                                         Attorney for Defendants Teamsters Local 853
                                         and Bob Strelo


IT IS HEREBY SO ORDERED.

Dated: MARCH 22, 2012                _____
                                         Honorable Samuel Conti, Senior District Judge
                                         United States District Court
                                         Northern District of California

---

Stipulation and [Proposed] Order Re Dismissal of Action Against Defendants Teamsters Local 853 and Bob Strelo      2